Name: Constantino Cuara R-
Address: 4207 West 5655 So. Kearns UT 84118
Telephone: 385 488 6563

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

| | |
|---|---|
| Constantino Cuara R- <br> (Full Name) <br> PLAINTIFF <br><br> vs. <br><br> WALTMART CORPORATE <br> NATIONAL GIFT CARD <br> WOODFOREST NATIONAL BANK <br> GREEN DOT BANK <br><br> DEFENDANTS | CIVIL RIGHTS COMPLAINT <br> (42 U.S.C §1983, §1985) <br><br> Case: 2:23-cv-00454 <br> Assigned To : Bennett, Jared C. <br> Assign. Date : 7/12/2023 <br> Description: Cuara v. Walmart <br> Corporate Office et al <br><br> RECEIVED US Dist Court-UT <br> JUL 12 '23 AM09:50 |

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. _X_ 42 U.S.C. §1983
   b. _X_ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R.
   IS A CITIZEN OF THE STATE OF United State of America

   PRESENT MAILING ADDRESS: 4207 West 5655 South
   Kearns UT 84118

3. NAME OF FIRST DEFENDANT WALTMART CORPORATE OFFICE
   IS A CITIZEN OF United State of America
   (City and State)

   IS EMPLOYED AS Waltmart Corporate at 702 SW 8th street
   (Position and Title if Any)  (Organization) Bentonville, Arkansas 72716
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Color of law refer to the appearance of legal right authority, or an apparently legal right that may not exist

4. NAME OF SECOND DEFENDANT NATIONAL GIFT CARD
   (If applicable)

   IS A CITIZEN OF USA Crystal Lake, IL
   (City and State)

   IS EMPLOYED AS National Gift Card at 300 Millennium Dr, Crystal Lake, IL 60012
   (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Color of law refer to the appearance of legal right authority, or an apparently legal right that may not exist

5. NAME OF THIRD DEFENDANT WOODFOREST NATIONAL BANK
   (If applicable)

   IS A CITIZEN OF USA Woodlands Texas
   (City and State)
   IS EMPLOYED AS Woodforest National Bank 1330 Lake Robbins
   (Position and Title if Any)  (Organization) Dr. The Woodlands, Texas 77380 United States

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

Color of law refers to the appearance of legal authority, or an apparently legal right that may not exist

6. NAME OF FOURTH DEFENDANT GREEN DOT BANK
   (If applicable)

   IS A CITIZEN OF USA PROVO UT
   (city and State)

   IS EMPLOYED AS Green Dot Bank at 1675 N. Freedom Blvd,
   (Position and Title if Any) (Organization) Provo, UT 84604

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Color of law refers to the appearance of legal authority, or an apparently legal right that may not exist

(Use additional sheets of paper if necessary.)

B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   Time limit to statute to appeal to court malicious of malpractice giftcards fraud 15 U.S. Code 1644, Bank fraud 18. U.S.C section 1344 I'm the owner of all trademark heredetary of United state of America and global network under sha "256" fingerprint secret seal USA.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a. (1) Count I: _WALTMART CORPORATE_

    (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

    _18 U.S.C. 1031 major fraud against the United States of America, 18 U.S.C. section 1030 fraud of computers, 18 U.S.C. 2-239 pyramid scheme promotional scheme penal code section 327 18 U.S.C. Code 1348 securities and commodities fraud "RICO" Charges_

    b. (1) Count II: _NATIONAL GIFT CARD_

    (2) Supporting Facts: _Same Above_

    c. (1) Count III: _WOODFOREST NATIONAL BANK GREEN DOT BANK_

(2) Supporting Facts: _____

_Same Above_

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   _Mental deseases, damage to my properties, damage to "WE USOUR" Covid 19_

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES _✓_ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

   Plaintiff(s): _Constantino Cuara R._

   Defendant(s): ~~Sheets~~ ~~Corporation~~ _WALTMART CORPORATE_

   b. Name of court and case or docket number: _230904676_

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _NOT APPEAR TO COURT, DISMISSED_

d. Issues raised: _Civil Rights Complaint_

___

___

e. When did you file the lawsuit? _27_ _06_ _2023_
　　　　　　　　　　　　　　　　　Date　Month　Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES___ / NO ___. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_Not Appeal to Court_
_"Dismissed"_

___

___

### F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

_Damage Unspecified_

___

___

___

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at ___SLC___ on __07/12__ 20_23_
        (Location)        (Date)

_CCRB_____
Signature